IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY C. HARRIS, ) | |
|     Plaintiff, ) | |
| v. ) | Case No.  18-4124 SAC/TJJ |
| ) | |
| CITY OF TOPEKA, KANSAS, and ) | |
| OFFICER CHRISTOPHER JANES ) | |
|     Defendants. ) | |

___

### DEFENDANTS CITY OF TOPEKA AND CHRISTOPHER JANES'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendants City of Topeka and Christopher Janes, ("Defendants") answer the allegations in Plaintiff's Complaint as follows:

1. Defendants deny the allegations of Paragraphs 1-2.

2. In response to Paragraph 3, Defendants admit this court has jurisdiction of federal questions and can exercise pendent jurisdiction if appropriate.

3. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 4 and therefore deny the same.

4. Defendants admit venue is appropriate in this court, demand a trial by jury, and designate the City of Topeka as the place of trial.

### PARTIES

5. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 6 and therefore deny the same.

6. Defendants admit that the City of Topeka is a municipality organized under the laws of the State of Kansas, and that it may be served at 215 SE 7th Street, Topeka, Kansas.  The remaining allegations in Paragraph 7 call for a legal conclusion and cannot be sufficiently admitted or denied; as such, the allegations are denied.

7. Defendants admit that Officer Janes was at all relevant times employed as an officer by the City of Topeka in the Police Department, and that he acted under color of law in the scope of his employment. The remaining allegations in Paragraph 8 call for a legal conclusion and cannot be sufficiently admitted or denied, as such, the allegations are denied.

### FACTS

8. Defendants admit that Plaintiff sat in a car parked near 2600 SE 10th, Topeka, Kansas with a female. Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph 9 and therefore deny the same.

9. In response to Paragraph 10, Defendants admit that Defendant Janes approached the car Plaintiff was sitting in and questioned him. Defendants deny the remaining allegations in paragraph 10.

10. Defendants deny the allegations contained in Paragraphs 11-14.

### Count 1 – 42 U.S.C. § 1983 Claim for Excessive Force

11. Defendants re-allege their responses to Paragraphs 1-14 as set forth herein and deny the same where applicable in response to paragraph 15 of the Complaint.

12. Defendants deny the allegations contained in Paragraphs 16-18.

### Count 2 – 42 U.S.C. § 1983 – Lack of Training

13. Defendants re-allege their responses to Paragraphs 1-18 as set forth herein and deny the same where applicable in response to paragraph 19 of the Complaint.

14. Defendants deny the allegations contained in Paragraphs 20-21.

15. Defendants admit that the officer was acting under the color of law.

16. Defendants deny the allegations contained in Paragraphs 23-29.

## **AFFIRMATIVE DEFENSES**

For its affirmative defenses and for further answer, Defendants states as follows:

1. The complaint fails to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6).

2. Defendants did not violate Plaintiff's clearly established constitutional rights.

3. Based on the totality of the circumstances, Defendants' actions were objectively reasonable.

4. Defendant Janes is entitled to qualified immunity.

5. Defendants reserve the right to raise additional affirmative defenses that may be discovered through the course of these proceedings.

**WHEREFORE**, having fully answered, Defendants pray that Plaintiff take nothing by his Complaint and that Defendants be granted judgment for costs, fees and such other and further relief as the Court deems just and equitable.

Respectfully Submitted:

CITY OF TOPEKA

BY: /s/ Mary R. Starr
Mary R. (Shelly) Starr, #12896
Chief of Litigation
Nicholas H. Jefferson, #25530
Assistant City Attorney
Legal Department
215 SE 7th Street, Room 353
Topeka, Kansas  66603
(785) 368-3883;
(785) 368-3901 (fax)
sstarr@topeka.org
njefferson@topeka.org
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Rick E. Bailey, Andrew M. Stroth, and Carlton Odim.

                                                     /s/ Mary R. Starr
                                                     Mary R. Starr