IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY C. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-4124-SAC-TJJ |
| ) | |
| CITY OF TOPEKA and CHRISTOPHER ) | |
| JANES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 22, 2019, in accordance with Fed. R. Civ. P. 16, the undersigned U.S. Magistrate Judge, Teresa J. James, conducted a telephone scheduling conference in this case with the parties. Plaintiff appeared through counsel, Rick Bailey, Carlton Odim, and Andrew Stroth. Defendants appeared through counsel, Mary Starr and Nicholas Jefferson.

Defendants indicated their intent to file an early motion for summary judgment on the issue of qualified immunity, which they raised as a defense in their answer (ECF No. 8). They also expressed their intent to request a stay of discovery pending ruling on their forthcoming dispositive motion. Plaintiff objects to a stay of discovery, arguing discovery is needed to respond to a motion for summary judgment. The Court informed Plaintiff that he may assert his objections in his response to the forthcoming motion to stay. However, discovery in this case will be stayed pending further order of the Court. Defendants shall file their motion to stay discovery on or before **April 5, 2019**. Defendants shall file their early dispositive motion on or before **May 1, 2019**.

Any joint protective order shall be submitted to the undersigned magistrate judge on or before **March 29, 2019**. This proposed protective order should be drafted in compliance with the guidelines available on the court's website:

*http://www.ksd.uscourts.gov/guidelines-for-agreed-protective-orders-district-of-kansas/*

At a minimum, such proposed orders must include a concise but sufficiently specific recitation of the particular facts in this case that would provide the court with an adequate basis upon which to make the required finding of good cause pursuant to Fed. R. Civ. P. 26(c). A pre-approved form of protective order is available on the court's website:

*http://www.ksd.uscourts.gov/flex/?fc=9&term=5062*

If the parties disagree concerning the need for, and/or the scope or form of a protective order, the party or parties seeking such an order must file an appropriate motion and supporting memorandum, with the proposed protective order attached, on or before **March 29, 2019**.

The Court defers setting further deadlines until the stay is lifted.

**IT IS THEREFORE ORDERED BY THE COURT** that discovery and all Fed. R. Civ. P. 16 parties' planning and scheduling requirements are hereby stayed until further order of the Court.

**IT IS FURTHER ORDERED** that Defendants shall file their motion to stay discovery on or before **April 5, 2019**. Defendants shall file their early dispositive motion on or before **May 1, 2019**. Any joint protective order shall be submitted to the undersigned magistrate judge or any motion and supporting memorandum if the parties disagree concerning the protective order shall be filed on or before **March 29, 2019**.

**IT IS SO ORDERED.**

Dated March 25, 2019, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge