# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

TIMOTHY C. HARRIS,

          Plaintiff,

v.                                                                                       Case No. 18-4124-DDC

CITY OF TOPEKA,
CHRISTOPHER JANES,

          Defendants.

## JUDGMENT IN A CIVIL CASE

☒      Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒      Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

The court dismissed Count II of the Complaint and defendant City of Topeka from this case pursuant to the parties' agreement on May 25, 2022.

Pursuant to the jury verdict returned on June 2, 2022, defendant Christopher Janes is granted judgment against plaintiff's Excessive Force Claim, as pleaded in Count I of the Complaint.

THE COURT ORDERS THAT plaintiff recovers nothing, the action is dismissed on the merits, and defendant Christopher Janes recover costs from plaintiff.

<table>
<tr><td>06/02/2022<br>Date</td><td>SKYLER B. O'HARA<br>CLERK OF THE DISTRICT COURT<br><br>by: s/ Megan Garrett<br>Deputy Clerk</td></tr>
</table>